IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, a Foreign Corporation and SREAM, INC., a California corporation § § § § *Plaintiffs*, § § vs. § § ALL STAR SMOKE SHOP & VAPE and JOHN DOE § § § § *Defendants.* § | Case Number 4:18-cv-3675 |

### DEFENDANT IMAGE VENTURES INC d/b/a ALL STAR SMOKE SHOP'S INITIAL DISCLOSURES

Defendant, IMAGE VENTURES, INC d/b/a ALL STAR SMOKE SHOP, a Texas corporation, files this, its Initial Disclosures pursuant to Fed. R. Civ. P. 26 as follows:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1.  Alikhan N. Patel, President
    Nadirali N. Patel, Director
    Image Ventures, Inc, a Texas corporation (Defendant)
    c/o Ted A. Cox
    TED A. COX, P.C.
    2855 Mangum Rd., Suite 100A
    Houston, Texas  77092-7463
    713-956-9400
    Defendant.

2.  Corporate representative(s) and/or custodian(s) of records for
    Fumo, Inc.
    10613 Harwin Dr. #604
    Houston, Texas 77036
    888-482-6692
    Company that sold Defendant the alleged counterfeit product.

All individuals disclosed by Plaintiffs, including, but not limited to:

3. Jarir Farraj
   c/o Scott, Vicknair, Hair & Checki, LLC
   909 Pydras St., Ste 110
   New Orleans, Louisiana 70112
   Owner of the Plaintiff, Sream, Inc.

4. Brian Gaudette
   c/o Scott, Vicknair, Hair & Checki, LLC
   909 Pydras St., Ste 110
   New Orleans, Louisiana 70112
   Private investigator in this case expected to testify as to the facts and events alleged in the Plaintiffs' Complain, specifically focused on the Defendant's sale of counterfeit ROOR products.

5. Martin Birzle
   c/o Scott, Vicknair, Hair & Checki, LLC
   909 Pydras St., Ste 110
   New Orleans, Louisiana 70112
   Owner of Plaintiff ROOR International BV

6. Bryan Malamut
   c/o Scott, Vicknair, Hair & Checki, LLC
   909 Pydras St., Ste 110
   New Orleans, Louisiana 70112
   Corporate representative of Plaintiffs Sream, Inc. and ROOR International BV. He will testify as to the facts and events alleged in Plaintiffs' Complaint.

   Defendant reserves the right to supplement this initial disclosure with additional individuals as they are discovered during the course of discovery.

B. A copy of, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

   Defendant's representatives have possession of all documents concerning the purchase of water pipes and other inventory, including Invoice No. 2047 from Fumo, Inc.

   Defendant reserves the right to amend this initial disclosure with additional information should it be discovered during the course of discovery.

C.     A computation of each category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

     Not applicable.

     Defendant reserves the right to amend this initial disclosure with additional information should it be discovered during the course of discovery.

D.     For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

     None.

     Defendant reserves the right to amend this initial disclosure with additional information should it be discovered during the course of discovery.

Respectfully submitted,

TED A. COX, P.C.

*/s/Ted A. Cox*
Ted A. Cox, Federal ID: 3331
Attorney for Image Ventures, Inc
2855 Mangum Rd., Suite 100A
Houston, Texas 77092-7463
Telephone: 713-956-9400
Facsimile: 713-956-8485
E-Mail: ted@tedacox.com

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, a copy of the foregoing Initial Disclosure was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

*/s/Ted A. Cox*
Ted A. Cox

3